SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JESSE A. SALEN, Cal Bar No. 292043
jsalen@sheppardmullin.com
DANIEL N. YANNUZZI Cal Bar No. 196612
dyannuzzi@sheppardmullin.com
XIMENA P. SOLANO SUAREZ Cal Bar No. 263574
xsolanosuarez@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:  858.720.8900
Facsimile:   858.509.3691

Attorneys for LAMPS PLUS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMPS PLUS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN SENTEER CROSS-BORDER E-COMMERCE LLC fka PHILWIN and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:23-cv-06971-MEMF-JC <br><br> **STATUS REPORT RE SERVICE UNDER THE HAGUE CONVENTION** |

For the Court's information, and in light of Federal Rule of Civil Procedure 4, Plaintiff Lamps Plus, Inc. ("Lamps Plus") submits this status report regarding service of the Complaint and other initiating documents.

1. On August 23, 2023, Lamps Plus filed the Complaint against Defendant Shenzhen Senteer Cross-border E-commerce LLC and DOES 1-10;

2. On August 24, 2023, Lamps Plus sought translation service to have the documents translated into Chinese.

3. On September 6, 2023, the documents have been translated into Chinese and Lamps Plus initiated service under the Hague Convention.

4. On October 3, 2023, Lamps Plus received the attached Affidavit from Celeste Ingalls regarding progress on service.

5. Ms. Ingalls's Affidavit indicates recent time average to effectuate service in China is approximately seven months and can exceed one year; and

6. Lamps Plus will continue to keep the Court informed regarding service.

Dated: October 11, 2023

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Jesse A. Salen
    JESSE A. SALEN

Attorneys for LAMPS PLUS, INC.